IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **13-cr-196-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    VIDAL PRECIADO-URENA,**

        Defendant.

---

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

---

Judge John L. Kane **ORDERS**

    All pretrial motions in this matter are due on or before **July 11, 2013;** responses to these motions are due **July 22, 2013**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and **Final Trial Preparation Conference** is set for **August 8, 2013, at 2:30 p.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested. It is

    FURTHER ORDERED that a **jury trial** is set for **August 19, 2013 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: June 20, 2013